1038

THE STATE OF WASHINGTON, *Respondent*, v. VASQUEZ DEPAZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-00365-7, John P. Erlick, J., entered October 7, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57825-1-I. Division One. July 2, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL MARQUIS RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-07266-9, Gregory P. Canova, J., entered February 13, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 58140-6-I. Division One. July 2, 2007.]

PREZANT ASSOCIATES, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-25876-4, Dean Scott Lum, J., entered April 4, 2006. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Cox, JJ. Now published at 141 Wn. App. 1.

[No. 58624-6-I. Division One. July 2, 2007.]

*In the Matter of the Estate of* RONALD A. WHITEHEAD.

BRUCE R. MOEN, *as Personal Representative, Appellant*, v. KIMBERLY WHITEHEAD ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 05-4-02346-2, Christopher A. Washington, J., entered July 11 and 24, 2006. *Reversed* and *remanded* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Cox, J.